The relief described hereinbelow is SO ORDERED.

Signed June 29, 2015.

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 15-50869-k |
| HIGINIO G. SALAZAR, III | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM

On this date came on to be considered Debtor's Objection to Proof of Claim of InSolve Recovery LLC c/o Capital Recovery Group LLC (Claims Register no. 3-1). The Objection specified that an Order would, in the Court's discretion, be entered if no response was filed within twenty days after the date of service of the Objection. No response having been timely filed, and the Objection appearing to have merit, it appears that the Objection should be sustained.

It is, therefore, **ORDERED** that Debtor's Objection is **SUSTAINED**. The clerk shall note this Order on the claims docket, in accordance with normal procedures, that the claim is stricken and the Trustee shall not disburse on the claim.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**
Chance M. McGhee
8207 Callaghan Rd., Ste. 250
San Antonio, Texas 78230
(210) 342-3400
(210) 366-4791 FAX